IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERESA DODSON, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. CIV-04-778-RO |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration, ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

Pursuant to the Memorandum Opinion and Order issued this date, the decision of the Commissioner of the Social Security Administration is **REVERSED** and remanded for further administrative proceedings.

Entered this 14th day of July, 2005.

_____
BANA ROBERTS
UNITED STATES MAGISTRATE JUDGE